# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | ) |
|---|---|
| Islip Union Free School District | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:24-cv-04052 |
| Meta Platforms, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Facebook Holdings, LLC; Meta Payments Inc.; ByteDance, Ltd.; ByteDance Inc.; TikTok, Ltd; TikTok, LLC; TikTok Inc.; Snap Inc.; Google LLC; YouTube, LLC. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attachment

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James P. Frantz, Esq. & William B. Shinoff, Esq.
                                                                           Frantz Law Group, APLC
                                                                           402 West Broadway
                                                                           Suite 860
                                                                           San Diego, 92101
                                                                           Tel:619-233-5945

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                                                         *CLERK OF COURT*

Date: _____                                             _____
                                                                                                                            *Signature of Clerk or Deputy Clerk*

# ATTACHMENT

## DEFENDANTS FOR SUMMONS

**Meta Platforms, Inc.**
MetaNoticeof Service@cov.com

**Instagram, LLC**
MetaNoticeof Service@cov.com

**Facebook Payments, Inc.**
MetaNoticeof Service@cov.com

**Siculus, Inc.**
MetaNoticeof Service@cov.com

**Facebook Operations, LLC**
MetaNoticeof Service@cov.com

**Facebook Holdings, LLC**
MetaNoticeof Service@cov.com

**Meta Payments Inc.**
MetaNoticeof Service@cov.com

**ByteDance, Ltd.**
TikTokNoticeofService@faegredrinker.com

**ByteDance Inc.**
TikTokNoticeofService@faegredrinker.com

**TikTok, Ltd.**
TikTokNoticeofService@faegredrinker.com

**TikTok, LLC**
TikTokNoticeofService@faegredrinker.com

**TikTok Inc.**
TikTokNoticeofService@faegredrinker.com

**Snap Inc.**
SnapNoticeofService@mto.com

**Google LLC**
SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM

**YouTube, LLC**
SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM